COM.

v.

ORTIZ, A.

1590 MDA 2016

Superior Court of Pennsylvania.

07/12/2017

Reargument Denied 9/19/2017

CP–06–CR–0005948–2014
(Berks)

Affirmed

■

COM.

v.

MOYER, B.

1729 MDA 2016

Superior Court of Pennsylvania.

07/12/2017

CP–54–CR–0001340–2015 (Schuylkill)

Affirmed

■

RUSSELL, R.

v.

WESTMORELAND COUNTY
CARDIOLOGY

1696 WDA 2016

Superior Court of Pennsylvania.

07/12/2017

Reargument Denied 8/7/2017

5133 of 2012 (Westmoreland)

Affirmed

■

COM.

v.

WARREN, D.

1903 WDA 2016

Superior Court of Pennsylvania.

07/12/2017

CP–20–CR–0000687–2012
(Crawford)

Affirmed